

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EDGAR A. ARELLANO, | § | No. 08-18-00090-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| WELLS FARGO BANK, N.A., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV2400) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Appellant, Edgar A. Arellano, has filed a motion to dismiss his appeal. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal.

GINA M. PALAFOX, Justice

August 22, 2018

Before McClure, C.J., Rodriguez, and Palafox, JJ.